**WIRELESS INK CORPORATION, Plaintiff–Appellant,**

v.

**GOOGLE, INC., Youtube, LLC, and Facebook, Inc., Defendants–Appellees,**

and

**Youtube, Inc., and Myspace, Inc., Defendants.**

**Wireless Ink Corporation, Plaintiff–Appellant,**

v.

**Facebook, Inc. and Google, Inc., Defendants–Appellees.**

Nos. 2013–1683, 2013–1684.

United States Court of Appeals, Federal Circuit.

July 16, 2014.

Jeremy S. Pitcock, The Pitcock Law Group, of New York, NY, argued for plain-tiff-appellant. Of counsel on the brief was Papool S. Chaudhari, Chaudhari Law, PLLC, of Wylie, TX.

John Christopher Rozendaal, Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., of Washington, DC, argued for defendants-appellees. With him on the brief for Facebook, Inc., were Michael E. Joffre and Melanie L. Bostwick. Of counsel on the brief for Facebook, Inc., were Heidi L. Keefe, Mark R. Weinstein, and Elizabeth L. Stameshkin, Cooley LLP, of Palo Alto, CA. On the brief for Google, Inc. and YouTube, LLC, were Kevin X. McGann, Aaron Chase, and Adam Gahtan, White & Case LLP, of New York, NY.

PROST, Chief Judge, MOORE and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**